**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPKIS, et al., *Plaintiff,* vs. ZACHARY (ZAC) HENSON, *Defendant.* | CASE NO.: EDCV 11-1038-GW **ORDER DISMISSING APPEAL** Bankruptcy Court case no. 6:09-bk-12652 MJ Adversary no. 6:09-ap-01169 MJ, BAP |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the Appeal filed in this court regarding Bankruptcy Adversary Case No.: 6:09-ap-01169 MJ is dismissed.

DATED: September 15, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1