**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPKIS, et al., | CASE NO.: EDCV 11-1038-GW |
| *Plaintiff,* | **ORDER DISMISSING APPEAL** |
| vs. | Bankruptcy Court case no. 6:09-bk-12652 MJ |
| ZACHARY (ZAC) HENSON, | |
| *Defendant.* | Adversary no. 6:09-ap-01169 MJ, BAP |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the Appeal filed in this court regarding Bankruptcy Adversary Case No.: 6:09-ap-01169 MJ is dismissed.

DATED: September 15, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1